

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00383-CV

**IN RE HATTIE POOLE**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court